IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-871-BO

| | |
|---|---|
| RITA SHARROCK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FAYETTEVILLE METROPOLITAN HOUSING AUTHORITY, et al., | ) |
| Defendants. | ) |

This matter comes before the Court on plaintiff's *pro se* motion to withdraw her motion for partial summary judgment [DE 74] and defendants Burris, Darnell, Driggers, Fayetteville Metropolitan Housing Authority, Gibson, and Horne's motion for extension of time within which to respond to plaintiff's motion for partial summary judgment. [DE 75].

Plaintiff's motion to withdraw her motion for partial summary judgment is GRANTED. Defendants' motion for extension of time to respond thereto is thus DENIED AS MOOT. The clerk is DIRECTED to terminate as pending the motion for partial summary judgment at docket entry sixty-five.

SO ORDERED, this __4__ day of May, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE